# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 09-81591-TC |
| FERRELL, CARL CHARSTON And | ) | |
| CYNTHIA ELIZABETH, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## REPORT OF UNCLAIMED DIVIDENDS

TO THE UNITED STATES BANKRUPTCY COURT CLERK:

COMES NOW Charles Greenough, Trustee of the above-captioned bankruptcy proceeding, and reports that there are dividends or other monies remaining unclaimed after Chapter 7 distributions were made on October 19, 2010.

The Trustee states that on October 19, 2010, two checks were Sallie Mae, one in the amount of $4,547.54 representing a distribution on Claim No. 6 filed by Sallie Mae on April 22, 2010, and the other in the amount of $302.64 representing a distribution on Claim No. 7 filed by Sallie Mae on May 20, 2010. On November 10, 2010, Sallie Mae transmitted a check to the Trustee in the amount of $3,100.86 as an overpayment. However, Sallie Mae has not withdrawn either Claim No. 6 or Claim No. 7.

The Trustee has corresponded with Sallie Mae in an effort to resolve the issue, but has been unable to do so. Because Sallie Mae has not withdrawn either of the claims filed in this case, the Trustee cannot distribute the funds to other creditors. Sent a letter to The Student Loan Corporation on June 25, 2007, requesting that they contact him to confirm that they are the current loan holder and so he could forward the distribution check. However, as of the date of this filing, said loan holder has not contacted the Trustee either by phone, mail or email to confirm or deny their interest.

THEREFORE, the Trustee requests that the Court accept the check payable to the Court Clerk in the amount of $3,100.86 as unclaimed funds in this case.

*/s/ Charles Greenough*
Charles Greenough, OBA #12311
McAFEE & TAFT
1717 South Boulder, Suite 900
Tulsa, OK   74119
Phone:  (918) 587-0000
Fax:      (918) 599-9317
charles.greenough@mcafeetaft.com